Daniel Janowski, Appellant, v. Great Lakes Tank Truck Line, Inc., and Jewel Tea Company, Appellees.

Gen. No. 43,462.

Heard in the first division, first district, this court at the October term, 1945; opinion filed January 7, 1946; released for publication January 21, 1946. Irving G.

554

Zazove and David R. Mandell, for appellant; Robert D. Thompson, for appellees; Richard E. Keogh, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.